Query    Reports    Utilities    Help    What's New    Log Out

BOND,CLOSED

# U.S. District Court
## United States District Court for the Western District of Washington (Seattle)
## CRIMINAL DOCKET FOR CASE #: 2:17-cr-00174-JCC-1

| | |
|---|---|
| Case title: USA v. Hudek | Date Filed: 07/19/2017 |
| Magistrate judge case number: 2:17-mj-00284-JPD | Date Terminated: 05/15/2018 |

Assigned to: U.S. District Judge John C Coughenour

**Defendant (1)**

**Joseph Daniel Hudek, IV**      represented by    **Robert Flennaugh , II**
*TERMINATED: 05/15/2018*                                         LAW OFFICE OF ROBERT
                                                                                       FLENNAUGH II
                                                                                        810 THIRD AVENUE
                                                                                        STE 500
                                                                                        SEATTLE, WA 98104
                                                                                        206-447-7422
                                                                                        Fax: 206-447-7534
                                                                                        Email: robert@flennaughlaw.com
                                                                                        *LEAD ATTORNEY*
                                                                                        *ATTORNEY TO BE NOTICED*
                                                                                        *Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| Interference with Flight Crew Members and Attendants 49:46504<br>(1) | Bureau of Prisons - 24 MONTHS; Supervised Release - 3 YEARS; Special Assessment - $100 each count for a total of $400; Fine - WAIVED; Restitution - $67,840.39; Right to Appeal - LIMTED & W/IN 14 DAYS |
| Assault Within the Special Aircraft Jurisdiction of the United States 18:113 (a)(6) and 49:46506<br>(2) | Bureau of Prisons - 24 MONTHS; Supervised Release - 3 YEARS; Special Assessment - $100 each count for a total of $400; Fine - WAIVED; Restitution - $67,840.39; Right to Appeal - LIMTED & W/IN 14 DAYS |
| Assault Within the Special Aircraft Jurisdiction of the United States 18:113 | Bureau of Prisons - 24 MONTHS; Supervised Release - 3 YEARS; Special Assessment - $100 each count for a |

| | |
|---|---|
| (a)(4) and 49:46506 (3) | total of $400; Fine - WAIVED; Restitution - $67,840.39; Right to Appeal - LIMTED & W/IN 14 DAYS |
| Assault Within the Special Aircraft Jurisdiction of the United States 18:113 (a)(6) and 49:46506 (4) | Bureau of Prisons - 24 MONTHS; Supervised Release - 3 YEARS; Special Assessment - $100 each count for a total of $400; Fine - WAIVED; Restitution - $67,840.39; Right to Appeal - LIMTED & W/IN 14 DAYS |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| Assault Within the Special Aircraft Jurisdiction of the United States 18:113 (a)(3) and 49:46506 (5) | Dismissed on motion of the government |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 49:46504 Interference with Flight Crew Members and Attendants | |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Stephen Paul Hobbs** US ATTORNEY'S OFFICE (SEA) 700 STEWART ST STE 5220 SEATTLE, WA 98101-1271 206-553-4301 Email: stephen.p.hobbs@usdoj.gov *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Assistant US Attorney* |
| | | **Steven Masada** UNITED STATES ATTORNEY'S OFFICE 700 STEWART STREET STE 5220 SEATTLE, WA 98101 |

206-553-7970
Email: steven.masada@usdoj.gov
*TERMINATED: 07/26/2017*
*LEAD ATTORNEY*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/07/2017 | 1 | COMPLAINT as to Joseph Daniel Hudek, IV (1). (Attachments: # 1 Exhibit) (TF) [2:17-mj-00284-JPD] (Entered: 07/07/2017) |
| 07/07/2017 | | Arrest of Joseph Daniel Hudek, IV on 7/7/2017. (TF) [2:17-mj-00284-JPD] (Entered: 07/07/2017) |
| 07/07/2017 | 2 | NOTICE OF ATTORNEY APPEARANCE: Robert Flennaugh, II appearing for Joseph Daniel Hudek, IV (Flennaugh, Robert) [2:17-mj-00284-JPD] (Entered: 07/07/2017) |
| 07/07/2017 | 3 | DEMAND by Joseph Daniel Hudek, IV (Flennaugh, Robert) [2:17-mj-00284-JPD] (Entered: 07/07/2017) |
| 07/07/2017 | 4 | Minute Entry for proceedings held before Hon. James P. Donohue- CRD: *E Jensen*; AUSA: *Steven Masada*; Def Cnsl: *Robert Flennaugh II*; PTS: *Ben Beetham*; Court Reporter: *Digital Recording*; Time of Hearing: *2:00pm*; Courtroom: *12B*; **INITIAL APPEARANCE** as to Joseph Daniel Hudek, IV held on 7/7/2017. Deft present in custody. Counsel retained. Defendant advised of rights. Agent sworn, signs complaint. No objection to probable cause. Court signs complaint. Deft advised of charges and possible penalties. Government moves for detention. Hearing set. Defendant remanded to custody. Detention Hearing set for 7/13/2017 at 01:30 PM in Courtroom 12B before Hon. James P. Donohue. Preliminary Examination set for 7/21/2017 at 01:00 PM in Courtroom 12B before Hon. James P. Donohue. (TF) [2:17-mj-00284-JPD] (Entered: 07/07/2017) |
| 07/07/2017 | 5 | MOTION for Detention by USA as to Joseph Daniel Hudek, IV (TF) [2:17-mj-00284-JPD] (Entered: 07/07/2017) |
| 07/13/2017 | 7 | Minute Entry for proceedings held before Hon. James P. Donohue- CRD: *T Farrell*; AUSA: *Steven Masada, Stephen Hobbs*; Def Cnsl: *Robert Flennaugh II*; PTS: *Ben Beetham*; Court Reporter: *Digital Recording*; Time of Hearing: *1:30pm*; Courtroom: *12B*; **DETENTION HEARING** as to Joseph Daniel Hudek, IV held on 7/13/2017. Deft present in custody. Court reviews record. Counsel stipulates to detention. For reasons stated on the record, defendant ORDERED detained and remanded to custody. (TF) [2:17-mj-00284-JPD] (Entered: 07/13/2017) |
| 07/13/2017 | 8 | DETENTION ORDER as to Joseph Daniel Hudek, IV re 5 MOTION for Detention by Hon. James P. Donohue. (cc: PTS, USMO) (TF) [2:17-mj-00284-JPD] (Entered: 07/14/2017) |
| 07/19/2017 | 9 | NOTICE OF ATTORNEY APPEARANCE Stephen Paul Hobbs appearing for USA. (Hobbs, Stephen) [2:17-mj-00284-JPD] (Entered: 07/19/2017) |

| Date | # | Description |
|---|---|---|
| 07/19/2017 | 10 | INDICTMENT as to Joseph Daniel Hudek, IV (1) count(s) 1, 2, 3, 4, 5. (Attachments: # 1 Status Sheet) (AQ) (Main Document 10 replaced on 7/20/2017) (AQ). (Entered: 07/20/2017) |
| 07/19/2017 | 11 | **SEALED Signature Page** to 10 Indictment as to Joseph Daniel Hudek, IV. (AQ) (Entered: 07/20/2017) |
| 07/19/2017 | 12 | ORDER CONTINUING DETENTION as to Joseph Daniel Hudek, IV by Judge John L Weinberg. cc: USMO; (AQ) (Entered: 07/20/2017) |
| 07/21/2017 | 13 | Letter scheduling arraignment for defendant Joseph Daniel Hudek, IV. Arraignment set for 7/27/2017 at 09:00 AM in Courtroom 12B before Hon. James P. Donohue. (Hobbs, Stephen) (Entered: 07/21/2017) |
| 07/26/2017 | 14 | NOTICE OF WITHDRAWAL OF COUNSEL: Attorney Steven Masada for Plaintiff USA. (Masada, Steven) (Entered: 07/26/2017) |
| 07/27/2017 | 15 | Minute Entry for proceedings held before Hon. James P. Donohue- CRD: *T Farrell*; AUSA: *Stephen Hobbs*; Def Cnsl: *Robert Flennaugh, II*; Court Reporter: *Digital Recording*; Time of Hearing: *9:00am*; Courtroom: *12B*; **ARRAIGNMENT** as to Joseph Daniel Hudek IV (1) Counts 1,2,3,4,5 held on 7/27/2017. Defendant advised of charges and penalties. Defendant(s) pleads NOT GUILTY to all charges. Defense Counsel requests discovery pursuant to Local Rule. Defendant remanded to custody. Motions due by 8/17/2017, **Jury Trial is set for 9/25/2017 at 09:30 AM before U.S. District Judge John C Coughenour.** *Proposed Trial Exhibits Due By: 9/25/2017*. (TF) (Entered: 07/27/2017) |
| 08/17/2017 | 16 | UNOPPOSED MOTION to Continue Trial by Joseph Daniel Hudek, IV. (Attachments: # 1 Proposed Order) Noting Date 8/31/2017, (Flennaugh, Robert) Modified text on 8/18/2017 (RS). (Entered: 08/17/2017) |
| 08/18/2017 | 17 | WAIVER of Speedy Trial by Joseph Daniel Hudek, IV (Flennaugh, Robert) (Entered: 08/18/2017) |
| 08/21/2017 | 18 | ORDER CONTINUING TRIAL DATE as to Joseph Daniel Hudek, IV re Defendant's 16 MOTION to Continue Trial by U.S. District Judge John C Coughenour. (cc: PTS/USPO, USMO)( Jury Trial is set for 2/26/2018 before U.S. District Judge John C Coughenour. Pretrial Motions due by 1/19/2018. ) (SWT) (Entered: 08/21/2017) |
| 09/21/2017 | 19 | MOTION to Seal Document by Joseph Daniel Hudek, IV. (Attachments: # 1 Proposed Order) Noting Date 9/28/2017, (Flennaugh, Robert) (Entered: 09/21/2017) |
| 09/21/2017 | 20 | **SEALED DOCUMENT** by Joseph Daniel Hudek, IV, re 19 MOTION to Seal Document . (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit)(Flennaugh, Robert) (Entered: 09/21/2017) |
| 09/22/2017 | 21 | MINUTE ORDER terminating Defendant's 19 MOTION to Seal Document and 20 Motion to reopen Hudek's detention hearing. Defendant may refile his motion to seal and motion to reopen his detention hearing. Authorized by U.S. District Judge John C Coughenour. (TH) (cc: USPO) (Entered: 09/22/2017) |

| | | |
|---|---|---|
| 09/22/2017 | 22 | MOTION to Seal Document by Joseph Daniel Hudek, IV. (Attachments: # 1 Proposed Order) Noting Date 9/29/2017, (Flennaugh, Robert) (Entered: 09/22/2017) |
| 09/22/2017 | 23 | MOTION for Review of Detention Order by Joseph Daniel Hudek, IV. Oral Argument Requested. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit) Noting Date 9/29/2017, (Flennaugh, Robert) (Entered: 09/22/2017) |
| 09/22/2017 | 24 | **SEALED DOCUMENT** by Joseph Daniel Hudek, IV, re 22 MOTION to Seal Document . (Attachments: # 1 Exhibit)(Flennaugh, Robert) (Entered: 09/22/2017) |
| 09/28/2017 | 25 | ORDER granting defendant's 22 Motion to Seal Document; as to Joseph Daniel Hudek IV (1) signed by U.S. District Judge John C Coughenour.(RS) (Entered: 09/28/2017) |
| 09/28/2017 | 26 | RESPONSE, by USA as to Joseph Daniel Hudek, IV, to 23 MOTION for Review of Detention Order . (Hobbs, Stephen) (Entered: 09/28/2017) |
| 09/28/2017 | 27 | MOTION to Seal Document *Exhibits to Government's Response to Defendant's Motion to Reopen Detention Hearing* by USA as to Joseph Daniel Hudek, IV (Attachments: # 1 Proposed Order) Noting Date 10/6/2017, (Hobbs, Stephen) (Entered: 09/28/2017) |
| 09/28/2017 | 28 | **SEALED DOCUMENT** *Exhibits* by USA as to Joseph Daniel Hudek, IV, re 27 MOTION to Seal Document *Exhibits to Government's Response to Defendant's Motion to Reopen Detention Hearing*. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Hobbs, Stephen) (Entered: 09/28/2017) |
| 10/02/2017 | 29 | ORDER REOPENING DETENTION HEARING as to Joseph Daniel Hudek, IV by U.S. District Judge John C Coughenour. The Court GRANTS Mr. Hudek's motion to reopen his detention hearing (Dkt. No. 23 .) The Clerk is DIRECTED to refer this matter Magistrate Judge Donohue for a detention hearing at the earliest opportunity. (PM) (Entered: 10/02/2017) |
| 10/02/2017 | 30 | NOTICE OF HEARING as to Joseph Daniel Hudek, IV (cc: USPO, PTS, USMO) Detention Review Hearing set for 10/5/2017 at 11:00 AM in Courtroom 12B before Hon. James P. Donohue. (AE) (Entered: 10/02/2017) |
| 10/02/2017 | 31 | NOTICE OF RESCHEDULED HEARING as to Joseph Daniel Hudek, IV (cc: USPO, PTS, USMO)<br>Detention Hearing reset for 10/10/2017 at 11:00 AM in Courtroom 12B before Hon. James P. Donohue. (AE) (Entered: 10/02/2017) |
| 10/03/2017 | 32 | NOTICE OF RESCHEDULED HEARING TIME as to Joseph Daniel Hudek, IV<br>The Hearing time has been changed: Detention Hearing is reset for 10/10/2017 at **02:30 PM** in Courtroom 12B before Hon. James P. Donohue. (TF)(cc: USPO, PTS, USMO) (Entered: 10/03/2017) |
| 10/06/2017 | 33 | |

| | | |
|---|---|---|
| | | ORDER granting Government's 27 Motion to Seal Document; as to Joseph Daniel Hudek IV (1). Exhibits AE (Dkt. Nos. 28 -1 28 -5) shall REMAIN sealed. Authorized by U.S. District Judge John C Coughenour. (PM) (Entered: 10/06/2017) |
| 10/09/2017 | 34 | MOTION to Seal Document by Joseph Daniel Hudek, IV. (Attachments: # 1 Proposed Order) Noting Date 10/10/2017, (Flennaugh, Robert) (Entered: 10/09/2017) |
| 10/09/2017 | 35 | **SEALED DOCUMENT** EXHIBIT filed by Joseph Daniel Hudek, IV, re 34 MOTION to Seal Document . (Flennaugh, Robert) Modified on 10/10/2017 to unseal. (TF). (Entered: 10/09/2017) |
| 10/10/2017 | 37 | Minute Entry for proceedings held before Hon. James P. Donohue- CRD: *T Farrell*; AUSA: *Stephen Hobbs*; Def Cnsl: *Robert Flennaugh*; PTS: *Christina lacy*; Court Reporter: *Digital Recording*; Time of Hearing: *2:30pm*; Courtroom: *12B*; **DETENTION HEARING** as to Joseph Daniel Hudek, IV held on 10/10/2017. Deft present in custody. Court reviews record. Court hears from defense re: 34 MOTION to Seal Document No. 35 . Court DENIES 34 motion. Court hears argument from parties re: 23 MOTION for Review of Detention Order. For reasons stated on the record, defendant placed on bond under Pretrial Services supervision and with special conditions. (TF) (Entered: 10/10/2017) |
| 10/10/2017 | 38 | Appearance Bond Entered as to Joseph Daniel Hudek IV (1) under Pretrial Supervision and with Special Conditions. (cc: PTS/USPO/USMO) (Attachments: # 1 Agreement to Supervise)(TF) (Entered: 10/10/2017) |
| 10/24/2017 | 39 | Receipt for Surrender of 2 Passports as to Joseph Daniel Hudek, IV. Passports issued by USA. (AE) (Entered: 10/24/2017) |
| 12/11/2017 | 40 | MOTION in Limine *TO PRECLUDE MENTAL CAPACITY DEFENSE AS TO COUNTS ONE TO FOUR* by USA as to Joseph Daniel Hudek, IV (Attachments: # 1 Proposed Order, # 2 Exhibit A) Noting Date 12/22/2017, (Hobbs, Stephen) (Entered: 12/11/2017) |
| 12/18/2017 | 45 | MOTION in Limine Response to Government's 40 Motion in Limine to *Preclude Mental Capacity Defense* by Joseph Daniel Hudek, IV. Noting Date 12/22/2017, (Flennaugh, Robert) Modified on 12/19/2017 to terminate motion; response erroneously filed as a motion (TH). (Entered: 12/18/2017) |
| 12/21/2017 | 47 | REPLY, by USA as to Joseph Daniel Hudek, IV, TO RESPONSE to 45 MOTION in Limine *In Response to Government's Motion to Preclude Mental Capacity Defense* (Hobbs, Stephen) (Entered: 12/21/2017) |
| 01/02/2018 | 48 | ORDER granting 40 Motion in Limine *TO PRECLUDE MENTAL CAPACITY DEFENSE AS TO COUNTS ONE TO FOUR* ; as to Joseph Daniel Hudek IV (1). Hudek is precluded from raising a mental capacity defense based on voluntary intoxication, diminished capacity, or insanity as to Counts 1 through 4 of the Indictment. Signed by U.S. District Judge John C Coughenour. (TH) (Entered: 01/02/2018) |
| 02/09/2018 | 49 | Minute Entry for proceedings held before Hon. James P. Donohue- CRD: *tfarrell*; AUSA: *Stephen Hobbs*; Def Cnsl: *Robert Flennaugh*; Court Reporter: |

| | | |
|---|---|---|
| | | *Digital Recording*; Time of Hearing: *1:30pm*; Courtroom: *12B*; **CHANGE OF PLEA HEARING** as to Joseph Daniel Hudek, IV held on 2/9/2018. Defendant present on bond. Defendant placed under oath and advised of rights/charges/penalties; Defendant executes Consent to Rule 11 Plea in a felony case before a U.S. Magistrate Judge; Defendant age = 24 years old; Education = 3 years college; Court reviews the plea agreement; Joseph Daniel Hudek IV (1) pleads GUILTY to Counts 1,2,3,4. Remaining Count to be dismissed at sentencing. Court finds the Defendant is competent to enter a guilty plea; Court signs the Report and Recommendation and Counsel have fourteen days to file objections; Court orders the preparation of a Presentence Report. Defendant remains on bond. Sentencing set for 5/15/2018 at 09:00 AM before U.S. District Judge John C Coughenour. (TF) (Entered: 02/09/2018) |
| 02/09/2018 | 50 | CONSENT TO RULE 11 PLEA in a felony case as to Joseph Daniel Hudek, IV. (TF) (Entered: 02/09/2018) |
| 02/09/2018 | 51 | PLEA AGREEMENT as to Joseph Daniel Hudek, IV (cc: USPO, FLU, AFU) (TF) (Entered: 02/09/2018) |
| 02/09/2018 | 52 | REPORT AND RECOMMENDATION re Plea of Guilty as to Joseph Daniel Hudek, IV by Hon. James P. Donohue. Noting Date 2/26/2018. (Attachments: # 1 Proposed Acceptance of Plea)(TF)(cc: USPO) (Attachment 1 replaced on 2/27/2018) (TF). (Entered: 02/09/2018) |
| 02/27/2018 | 54 | ORDER OF ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING as to Joseph Daniel Hudek, IV signed by U.S. District Judge John C Coughenour. (TH) (cc: USPO) (Entered: 02/27/2018) |
| 05/08/2018 | 59 | SENTENCING MEMORANDUM by USA as to Joseph Daniel Hudek, IV (Attachments: # 1 Exhibit D, # 2 Exhibit E, # 3 Exhibit G, # 4 Exhibit K) (Hobbs, Stephen) (Entered: 05/08/2018) |
| 05/08/2018 | 60 | MOTION to Seal Document *EXHIBITS TO GOVERNMENTS SENTENCING MEMORANDUM* by USA as to Joseph Daniel Hudek, IV (Attachments: # 1 Proposed Order) Noting Date 5/18/2018, (Hobbs, Stephen) (Entered: 05/08/2018) |
| 05/08/2018 | 61 | **SEALED DOCUMENT** *EXHIBITS TO GOVERNMENTS SENTENCING MEMORANDUM* by USA as to Joseph Daniel Hudek, IV, re 60 MOTION to Seal Document *EXHIBITS TO GOVERNMENTS SENTENCING MEMORANDUM*. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit F, # 5 Exhibit H, # 6 Exhibit I, # 7 Exhibit J)(Hobbs, Stephen) (Entered: 05/08/2018) |
| 05/08/2018 | 62 | MOTION to Seal Document by Joseph Daniel Hudek, IV. (Attachments: # 1 Proposed Order) Noting Date 5/9/2018, (Flennaugh, Robert) (Entered: 05/08/2018) |
| 05/08/2018 | 63 | SENTENCING MEMORANDUM by Joseph Daniel Hudek, IV (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit) (Flennaugh, Robert) (Entered: 05/08/2018) |

| | | |
|---|---|---|
| 05/08/2018 | 64 | NOTICE of Filing DVD in Paper or Physical form with the Clerk's Office inre 63 Sentencing Memorandum,. (Flennaugh, Robert) (Entered: 05/08/2018) |
| 05/08/2018 | 65 | **SEALED DOCUMENT** by Joseph Daniel Hudek, IV, re 62 MOTION to Seal Document . (Attachments: # 1 Exhibit)(Flennaugh, Robert) (Entered: 05/08/2018) |
| 05/09/2018 | 66 | NOTICE of Receipt of DVD containing exhibits to Defendant's Sentencing Memorandum re 64 Notice of Filing Paper or Physical Materials. (Placed in 1 expando folder in Seattle's filing shelf. ) (TH) (Entered: 05/09/2018) |
| 05/11/2018 | 67 | REQUEST *FOR RESTITUTION* by USA as to Joseph Daniel Hudek, IV (Hobbs, Stephen) (Entered: 05/11/2018) |
| 05/11/2018 | 68 | MOTION to Seal Document *EXHIBITS TO GOVERNMENTS REQUEST FOR RESTITUTION* by USA as to Joseph Daniel Hudek, IV (Attachments: # 1 Proposed Order) Noting Date 5/25/2018, (Hobbs, Stephen) (Entered: 05/11/2018) |
| 05/11/2018 | 69 | **SEALED DOCUMENT** *EXHIBITS TO GOVERNMENTS REQUEST FOR RESTITUTION* by USA as to Joseph Daniel Hudek, IV, re 68 MOTION to Seal Document *EXHIBITS TO GOVERNMENTS REQUEST FOR RESTITUTION*. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Hobbs, Stephen) (Entered: 05/11/2018) |
| 05/14/2018 | 70 | SUPPLEMENT *TO GOVERNMENT'S SENTENCING MEMORANDUM* by USA as to Joseph Daniel Hudek, IV re 59 Sentencing Memorandum (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Hobbs, Stephen) (Entered: 05/14/2018) |
| 05/14/2018 | | Per the direction of chambers Set/Reset Motion Noting Date as to Joseph Daniel Hudek, IV re 62 MOTION to Seal Document : Noting Date 5/18/2018, (TH) (Entered: 05/14/2018) |
| 05/15/2018 | 71 | Minute Entry for proceedings held before U.S. District Judge John C. Coughenour; CRD: *Paul Pierson*; AUSA: *Stephen Hobbs*; Def Cnsl: *Robert Flennaugh*; USPO: *Richard Cowan*; Court Reporter: *Nancy Bauer*; Time of Hearing: *9:00 a.m.*; Courtroom: *16206*; **SENTENCING** was held on 5/15/2018 for Joseph Daniel Hudek, IV on Counts1-4 of the Indictment as follows: Bureau of Prisons - 24 MONTHS concurrent; Supervised Release - 3 YEARS; Special Assessment - $100 each count for a total of $400; Fine - WAIVED; Restitution - $67,841.39; Right to Appeal - LIMTED & W/IN 14 DAYS; Count 5 was ordered dismissed on motion of the government; Court recommended placement of the defendant to a Bureau of Prison facility closest to Tampa, Florida; and, Defendant was allowed to self-report. (PP) (Entered: 05/15/2018) |
| 05/15/2018 | 72 | JUDGMENT as to Joseph Daniel Hudek, IV by U.S. District Judge John C. Coughenour. (cc: USPO, PTS, FLU, Fin., USMO, Sea Tac Det) (PP) (Entered: 05/15/2018) |
| 05/15/2018 | 73 | ORDER granting the Government's motions to seal (Dkt. No. 60 , 68 ) and Defendant's motion to seal (Dkt. No. 62 ). It is hereby ORDERED that the following documents will remain under seal: Exhibits A, B, C, F, H, I, J (Dkt. |

| | | |
|---|---|---|
| | | No. 61 ) of the Governments sentencing memorandum; Attachments A and H (Dkt. No. 65 ) of Defendant's sentencing memorandum, and Exhibits A, B, C, D (Dkt. No. 69 ) of the Government's request for restitution. Signed by U.S. District Judge John C Coughenour. (TH) (Entered: 05/15/2018) |
| 05/16/2018 | 74 | LETTER from Defense regarding a character statement as to defendant Joseph Daniel Hudek, IV. (TH) (Entered: 05/16/2018) |
| 02/20/2019 | 75 | NOTICE OF INTENT TO FORWARD PASSPORT as to Joseph Daniel Hudek, IV (AE) (Entered: 02/20/2019) |
| 04/01/2019 | 76 | Receipt for Return of Passport as to Joseph Daniel Hudek, IV. Pursuant to Dkt. # 75 , Two (2) Passports issued by USA is hereby forwarded to the State Department c/o Office of Legal Affairs, Passport Services, Washington DC via USPS Certified mail #7014 1200 0001 1482 9587. (AE) (Entered: 04/01/2019) |
| 04/26/2019 | 77 | RETURN RECEIPT (Green Card) re service by certified mail executed upon Office of Legal Affairs, Passport Services (TH) (Entered: 04/26/2019) |
| 06/03/2020 | 78 | AMENDED JUDGMENT for Joseph Daniel Hudek, IV (1), Count(s) 1, 2, 3, 4, Bureau of Prisons - 24 MONTHS; Supervised Release - 3 YEARS; Special Assessment - $100 each count for a total of $400; Fine - WAIVED; Restitution - $67,840.39; Right to Appeal - LIMTED & W/IN 14 DAYS; Count(s) 5, Dismissed on motion of the government by U.S. District Judge John C. Coughenour. Judgment Amended to correct restitution amount. (cc: USPO, USMO, FLU, Fin.,USMO, Sea Tac Fed Det) (GT) (Entered: 06/03/2020) |